IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re MATTHEW JOHN DATE, *Debtor*; | § § § |
| RSL FUNDING, LLC, *Appellant*, | § § § § |
| v. | § § |
| MATTHEW JOHN DATE, *Appellee*. | § § § |

No. 4:20-cv-878

### ADVISORY TO THE COURT REGARDING PRIOR APPEAL ASSIGNED TO JUDGE ANDREW S. HANAN

TO THE HONORABLE LEE H. ROSENTHAL:

Appellant, RSL Funding, LLC respectfully advises the Court that the above-styled and numbered bankruptcy appeal involves the appeal of the Order Denying Motion for Leave to Proceed with Adversary Proceeding. (ECF no. 1-1). The underlying matter was referred to the Bankruptcy Court by Judge Andrew S. Hanan in an Order, signed December 17, 2019, concerning RSL Funding, LLC's Motion for Reconsideration of Remedy and to Correct Minor Factual Statements. (ECF no. 2, pp. 676–77). This Order followed Judge Hanan's Order of November 1, 2019 affirming the Bankruptcy Court's order of dismissal but reversing the Bankruptcy Court to the extent the dismissal was with prejudice. (ECF no. 2, pp. 652–75).

Appellant makes this advisory so that the Court may determine whether it would be proper to reassign the present appeal to Judge Hanan prior to examining the briefs and the record.

Respectfully Submitted,

**PENDERGRAFT & SIMON, LLP**

/s/ *William P. Haddock*
Leonard H. Simon
  Texas Bar No. 18387400
  S.D.Tex. Adm. No. 8200
William P. Haddock
  Texas Bar No. 00793875
  S.D.Tex. Adm. No. 19637
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555
Fax. (713) 868-1267

*Counsel for RSL Funding, LLC*

### Certificate of Service

I hereby certify that a true and correct copy of the above Advisory to the Court Regarding Prior Appeal Assigned to Judge Andrew S. Hanan has been served on the following counsel/parties of record in accordance with the Fed. R. Bankr. P. 8011 and local rules for ECF service on this 22nd day of April 2020:

 Counsel/parties appearing via ECF:

    Johnie J. Patterson, Counsel for Appellee

/s/ *William P. Haddock*
William P. Haddock