United States District Court
Southern District of Texas
**ENTERED**
December 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re Matthew John Date, Debtor. | § | |
| | § | |
| RSL FUNDING, LLC, | § | Civil Action No. H-20-878 |
| | § | |
| Plaintiff-Appellant | § | Adversary Case No. 15-03185 |
| | § | |
| v. | § | |
| | § | |
| MATTHEW JOHN DATE, | § | |
| | § | |
| Defendant-Appellee. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Opinion, this bankruptcy appeal is dismissed.

SIGNED on December 1, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge